BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
*email:  admin@sdlawoffice.net*

Attorneys for Duracell U.S. Operations, Inc.
incorrectly named as Duracell, Inc.

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RUSSO, an individual, | CASE NO. 2:21-cv-1403 |
| Plaintiff, | |
| vs. | |
| DURACELL INC., a Foreign Entity; SENNHEISER ELECTRIC CORP, a Foreign Entity, DOES 1 through 20; ROE BUSINES ENTITIES 1 through 20, | **Defendant Duracell U.S. Operations, Inc.'s (incorrectly named as Duracell, Inc.) Petition for Removal** |
| Defendants. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA:

  Defendant, Duracell U.S. Operations, Inc.'s (incorrectly named as Duracell, Inc.),

respectfully petitions the Court for an Order removing the above-entitled action to the United States

District Court and alleges as follows:

  1. Duracell U.S. Operations, Inc. and Sennheiser Electric Corp. are the Defendants in the

above-entitled action.

  2. The above-entitled action was commenced against Defendants on April 8, 2021, in the

Eighth Judicial District Court, Clark County, Nevada, and is now pending in such Court as Case No.

A-21-832494-C.

3. A copy of the Summons and Complaint has never been served on Duracell U.S. Operations, Inc. Attached are all of the pleadings which have been filed in the Eighth Judicial District Court.

4. Duracell U.S. Operations, Inc. does not know when the Summons and Complaint was served on Sennheiser Electric Corp.

5. Plaintiff alleges that this action is a result of defective wireless headphones and a battery which were designed, tested and manufactured by Sennheiser Electric Corp. and Duracell U.S. Operations, Inc., respectively. As a result of these defects, Plaintiff alleges that he has sustained certain damages as outlined in Paragraph 6 below.

6. The amount in controversy exceeds $75,000. In support of the claim that the amount in controversy exceeds $75,000, Duracell U.S. Operations, Inc. states as follows:

    A) On July 15, 2021, Plaintiff filed a Request for Exemption from Arbitration in which he stated that the amount in issue is in excess of $50,000. In the Request for Exemption, Plaintiff outlined the evidence in support of this allegation.

        1) Permanent hearing loss to the left ear, which is termed "severe."

        2) Constant ringing if the left ear which wakes him up while sleeping, thereby essentially ruining his life.

        3) Plaintiff has been unable to pursue being a musician.

    B) Plaintiff's Complaint alleges the following:

        1) Plaintiff has suffered emotional and psychological damage such as depression, anxiety and fear among others.

        2) Plaintiff is alleging lost income and loss of earning capacity.

7. There is diversity of citizenship between Plaintiff and Defendants and this Court has jurisdiction over the above-entitled action pursuant to 28 USC § 1332 and 28 USC § 1441:

    A) Plaintiff Michael Russo is a resident and citizen of Clark County, Nevada.

    B) Duracell U.S. Operations, Inc. is a Delaware corporation with its principal place of business in Chicago, Illinois.

   C) Based on information and belief, Sennheiser Electric Corp. is a Delaware corporation with its principal place of business in Old Lyme, Connecticut.

  8. The removal is timely.  The removal is timely as Duracell U.S. Operations, Inc. has not been served with the Complaint.  Additionally, the removal is timely as it is being filed within thirty (30) days of Plaintiff's July 15, 2021 Petition for Exemption from Arbitration. *See* 28 USC 1446(b).

  9. The Co-Defendant, Sennheiser Electric Corp., has consented to removal.

WHEREFORE, Duracell U.S. Operations, Inc. requests that the above-entitled action be removed from the Eighth Judicial District Court, Clark County, Nevada to this Court.

DATED this 27th day of July, 2021.

          STEPHENSON & DICKINSON, P.C.

        By: _____
         BRUCE SCOTT DICKINSON, ESQ.
         Nevada Bar No. 002297
         2820 West Charleston Boulevard, Suite B-17
         Las Vegas, Nevada 89102
         P:  (702) 474-7229
         F:  (702) 474-7237
         *email:  admin@sdlawoffice.net*
         Attorneys for Duracell U.S. Operations, Inc. incorrectly named as Duracell, Inc.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of STEPHENSON & DICKINSON and that on this 27th day of July, 2021, I caused to be served a copy of the foregoing: **Defendant Duracell U.S. Operations, Inc.'s (incorrectly named as Duracell, Inc.) Petition for Removal** on the party(s) set forth below by:

_____   Electronic service pursuant to NECFR 9

_____   Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage prepaid, following ordinary business practices;

_____   Facsimile transmission only, pursuant to the amended Eighth Judicial District Court Rule 7.26

\_\_\_X_____   Case Management/Electronic Case Filing (CM/ECF)

_____   Hand Delivery – Receipt of Copy

addressed as follows:

| | |
|---|---|
| Kyle A. Stucki, Esq.<br>Stucki Injury Law<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, NV 89135<br>T:  877-778-8254<br>F:  877-778-8253<br>kyle@stuckiinjurylaw.com<br>*Attorneys for Plaintiff* | Michael R. Hall, Esq.<br>Jonathan A. Rich, Esq.<br>Hall Jaffee & Clayton, LLP<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>T:  702-316-4111<br>F:  702-316-4114<br>mhall@lawhjc.com<br>jrich@lawhjc.com<br>*Attorneys for Sennheiser Electric Corp* |

/s/ Donnie L. Bary
_____
Employee of STEPHENSON & DICKINSON