1 | Jack P. Burden, Esq.
Nevada State Bar No. 6918
2 | Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
3 | **BACKUS | BURDEN**
3050 South Durango Drive
4 | Las Vegas, NV 89117
Tel.:   (702) 872-5555
5 | Fax:   (702) 872-5545
jackburden@backuslaw.com
6 | jacquelynfranco@backuslaw.com
*Attorney for Duracell U.S. Operations, Inc.*
7 | *incorrectly named as Duracell, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| MICHAEL RUSSO, an individual, | Case No. 2:21-cv-01403-ART-DJA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION/REQUEST TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| DURACELL INC., a Foreign Entity; SENNHEISER ELECTRIC CORP., a Foreign Entity; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive, | |
| Defendants. | |

Upon agreement between Plaintiff Michael Russo ("*Plaintiff*"), by and through her attorney of record, the law firm Stucki Injury Law, and Defendants Duracell Operations, Inc. incorrectly named as Duracell, Inc. and Sennheiser Electric Corp. (collectively "*Defendants*"), by and through their attorney of record, the law FIRM BACKUS | BURDEN and Hall Jaffe, LLP, respectively, hereby respectfully request that the Mandatory Settlement Conference currently set for January 3, 2025 at 10:00 a.m. (ECF 65), be continued to a later date in January or February 2025.

/ / /

/ / /

/ / /

/ / /

1

1  Defendant Duracell U.S. Operations, Inc.'s corporate representative with full settlement
2  authority, cannot attend due to travel conflicts. The parties hereby stipulate and respectfully request
3  that the Mandatory Settlement Conference be continued to a date after January 3, 2025. The parties
4  present the following dates to the Court as options to reset the conference:

| | |
|---|---|
| Monday, January 27, 2025 | Monday, February 3, 2025 |
| Tuesday, January 28, 2025 | Tuesday, February 4, 2025 |
| Thursday, January 30, 2025 | Thursday, February 6, 2025 |
| Friday, January 31, 2025 | Friday, February 7, 2025 |

Pursuant to LR 26-3, the parties submit that good cause exists for a continuance of this Mandatory Settlement Conference. The corporate representative for Defendant Duracell U.S. Operations, Inc., who has full authority, cannot attend because she will be out of the country the week of the Mandatory Settlement Conference, including, specifically, January 3, 2025. Attendance by this individual will facilitate Defendants' goal in good faith participation in this Settlement Conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

WHEREFORE, the parties respectfully request that the Court grant this request to continue the Mandatory Settlement Conference until after January 3, 2025.

**IT IS SO STIPULATED.**

Dated: December 3, 2024

| **STUCKI INJURY LAW** | **BACKUS | BURDEN** |
|---|---|
| /s/ Frank Stucki | /s/ Jack P. Burden |
| Frank Stucki, Esq. | Jack P. Burden, Esq. |
| STUCKI INJURY LAW | Jacquelyn Franco, Esq. |
| 1980 Festival Plaza Drive, Suite 300 | 3050 South Durango Drive |
| Las Vegas, NV 89135 | Las Vegas, NV 89117 |
| T: 877-778-8254 | T. (702) 872-5555 | F. (702) 872-5545 |
| kyle@stuckiinjurylaw.com | E. jackburden@backuslaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Duracell U.S. Operations, Inc.* |
| | *Incorrectly named as Duracell, Inc.* |

**HALL JAFFE, LLP**

/s/ Michael R. Hall
Michael R. Hall, Esq.
**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, NV 89128
T: 702-316-4111 / F: 702-316-4114
mmaupin@halljaffe.com
mhall@halljaffe.com
*Attorneys for Sennheiser Electric Corp*

**IT IS SO ORDERED**. However, the Court is unavailable on the proposed dates and will therefore reset the conference on the next available date. Accordingly, **IT IS ORDERED** that the Settlement Conference currently scheduled for January 3, 2025 is **VACATED** and **RESET** for **Wednesday**, **March 5, 2025 at 10:00 a.m.**

I**T IS FURTHER ORDERED** that written evaluation statements are due by 4:00 p.m. on Wednesday, February 26, 2025.

I**T IS FURTHER ORDERED** that all other provisions of the Court's Order (ECF No. 65) shall govern the settlement conference.

DATED: 12/5/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the BACKUS | BURDEN, and that on December 3, 2024, I served a copy of

as follows:

☐ **U.S. Mail:** By depositing a true and correct copy of said document(s) via U.S. mail, with postage pre-paid and addressed as listed below.

☐ **Hand Delivery:** I caused said document(s) to be delivered to the address(es) list below;

☒ **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above.

☐ **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (Odyssey).

| ATTORNEYS OF RECORD & PARTIES ||
|---|---|
| Kyle A. Stucki, Esq.<br>**STUCKI INJURY LAW**<br>1980 Festival Plaza Drive, Suite 300<br>Las Vegas, NV 89135<br>T: 877-778-8254 / F: 877-778-8253<br>kyle@stuckiinjurylaw.com<br>*Attorneys for Plaintiff* | Michael Maupin, Esq.<br>Michael R. Hall, Esq.<br>**HALL JAFFE, LLP**<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>T: 702-316-4111 / F: 702-316-4114<br>mmaupin@halljaffe.com<br>mhall@halljaffe.com<br>*Attorneys for Sennheiser Electric Corp* |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                           /s/ Anne Reymundo
                                           An employee of **BACKUS | BURDEN**