Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel.:   (702) 872-5555
Fax:   (702) 872-5545
jackburden@backuslaw.com
jacquelynfranco@backuslaw.com
*Attorney for Duracell U.S. Operations, Inc.*
*incorrectly named as Duracell, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RUSSO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DURACELL INC., a Foreign Entity; SENNHEISER ELECTRIC CORP., a Foreign Entity; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | **Case No.** 2:21-cv-01403-ART-DJA<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiff, **MICHAEL RUSSO**, by and through his counsel of record, Frank Stucki, Esq. of Stucki Injury Law, Defendant **SENNHEISER ELECTRIC CORP**. by and through its counsel of record Michael R. Hall, Esq. of Hall Jaffe, and Defendant **DURACELL U.S. OPERATIONS, INC**., by and through its counsel of record Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law firm of Backus | Burden, do hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above-entitled litigation *with* prejudice.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This Stipulation *does* resolve the entire matter.

1

1   This Stipulation is entered into in good faith, in the interests of judicial economy and not

2   for the purpose of delay.

3   **IT IS SO STIPULATED AND AGREED TO.**

4   **STUCKI INJURY LAW**                           **BACKUS | BURDEN**
      /s/  Frank Stucki                                    /s/  Jack p. Burden
5   Frank Stucki, Esq.                               Jack P. Burden, Esq.
    STUCKI INJURY LAW                                Jacquelyn Franco, Esq.
6   1980 Festival Plaza Drive, Suite 300             3050 South Durango Drive
    Las Vegas, NV 89135                              Las Vegas, NV 89117
7   T:  877-778-8254                                 T. (702) 872-5555 | F. (702) 872-5545
    kyle@stuckiinjurylaw.com                         E. jackburden@backuslaw.com
8   *Attorneys for Plaintiff*                        *Attorneys for Duracell U.S. Operations, Inc.*
                                                     *Incorrectly named as Duracell, Inc.*
9

    **HALL JAFFE, LLP**
10       /s/  Micharl Hall
    Michael R. Hall, Esq.
11  **HALL JAFFE, LLP**
    7425 Peak Drive
12  Las Vegas, NV 89128
    T:  702-316-4111 / F:  702-316-4114
13  mmaupin@halljaffe.com
    mhall@halljaffe.com
14  *Attorneys for Sennheiser Electric Corp*

15
    **ORDER RE: 2:21-cv-01403-ART-DJA**
16
    IT IS HEREBY ORDERED that all claims that have been brought and/or could have been
17
    brought by Plaintiff against Defendants in the above-titled litigation are DISMISSED *WITH*
18
    *PREJUDICE*. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal
19
    is to bear their own respective attorney's fees and costs incurred herein.
20
    **IT IS SO ORDERED.**
21
    United States District Court Judge.
22
    Respectfully Submitted By,
23  **BACKUS | BURDEN**
         /s/ Jack P. Burden
24  Jack P. Burden, Esq.
    Attorneys for Duracell U.S. Operations, Inc.
25  incorrectly named as Duracell, Inc.

2

**From:** Frank Stucki <frank@stuckiinjurylaw.com>
**Sent:** Monday, March 31, 2025 12:07 PM
**To:** Jack Burden <jackburden@backuslaw.com>
**Cc:** Jody Foote <Jfoote@halljaffe.com>; Mike Hall <mhall@halljaffe.com>; Anne Raymundo <anneraymundo@backuslaw.com>
**Subject:** Re: Russo v. Duracell & Sennheiser;

Oh yes. You can insert my e-signature. Thanks Jack.

**Frank Stucki, Esq., MBA**
**Owner/Lead Trial Attorney,**
**Stucki Injury Law**

O 234.2STUCKI

StuckiInjuryLaw.com

*From:* Mike Hall <mhall@halljaffe.com>
*Sent:* Monday, March 31, 2025 12:10 PM
*To:* Frank Stucki <frank@stuckiinjurylaw.com>; Jack Burden <jackburden@backuslaw.com>
*Cc:* Jody Foote <Jfoote@halljaffe.com>; Anne Raymundo <anneraymundo@backuslaw.com>
*Subject:* RE: Russo v. Duracell & Sennheiser;

*You can sign for me.*

*Michael R. Hall, Esq.*

*HALL JAFFE, LLP*
*7425 Peak Drive*
*Las Vegas, NV 89128*
*Tel.: 702-316-4111*
*Fax: 702-316-4114*
*mhall@halljaffe.com*

3